**VALERIYA NEVMATULLINA**
2021 84th St. Apt 5G
Brooklyn NY 11214-2437



FILED
CLERK
2016 JUN -1 PM 2:08



June 1, 2016

Hon. Nicholas G. Garaufis
United States District Judge
U.S. District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

### REQUEST FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT

RE:  Gieco v. Genesis Ortho Supply, et al
     USDC EDNY Case # 1:16-cv-02292-NGG-RLM

Dear Judge Garaufis:

   I am the Defendant in this action. I hereby respectfully request an extension of time to answer the complaint for a period of 20 days in order to retain counsel and handle this matter appropriately.

   Thank you very much for your assistance.

Very truly yours,

Valeriya Nevmatulina