**HORIZON ORTHO SUPPLY CORP.**
815 AVE. H
BROOKLYN NY 11230

FILED
CLERK

2016 JUN -1 PM 2: 14



May 23, 2016

Hon. Nicholas G. Garaufis
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

RE: **GEICO v. Genesis Ortho Supply Corp.**
Case No.: 1:16-cv-02292-NGG-RLM

Dear Judge Garaufis:

I am the principal of Horizon Ortho Supply Corp., who is a named defendant in this action. I am in receipt of a summons and complaint for the Defendant Horizon Ortho Supply Corp. Having just received these papers by mail, I respectfully request an extension of time to answer the complaint to June 30, 2016, in order to retain counsel and allow him the time to review the case and appropriate reply.

Thank you for your consideration.

Very truly yours,

Narmina Aliev for
Horizon Ortho Supply