

JUSTIN A. CALABRESE
PARTNER
(516) 357-3565
justin.calabrese@rivkin.com

July 6, 2016

**VIA ECF TRANSMISSION**
Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Government Employees Insurance Company et al.
v. Genesis Ortho Supply Corp. et al
Docket No.: 16-cv-02292-NGG-RLM
File No.: 05100-02131**

Dear Magistrate Judge Mann:

We represent Plaintiffs Government Employees Insurance Company, et al. ( "GEICO") and we write on behalf of all parties to request a brief adjournment of the Initial Conference currently scheduled for July 7, 2016.

Since the June 3, 2016 Court's Order extending the time for Defendants Horizon Ortho Supply Corp., Genesis Ortho Supply Corp., Gavine Rouslan, Narmina Alieva, Randall Rogg, and Valeriya Nevmatullina (the "DME Defendants") to file an answer to the Complaint, GEICO and the DME Defendants have been engaged in discussions that the parties reasonably believe will result in a resolution of this matter. The anticipated resolution will also affect the claims asserted by GEICO against Mark McMahon, M.D. and Laxmidhar Diwan, M.D. Therefore, the parties respectfully request that the Court adjourn the Initial Conference to a date no earlier than July 19, 2016 so that the parties can continue their attempts to amicably and expeditiously resolve this matter.

No previous request for an adjournment of the Initial Conference has been made by any party.

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495



Honorable Roanne L. Mann
July 6, 2016
Page 2

Thank you for your attention to this matter.

Very truly yours,

RIVKIN RADLER LLP

Justin A. Calabrese

JAC/cr

3449256 v1