

**WWW.RIVKINRADLER.COM**

**JUSTIN A. CALABRESE**
Partner
(516) 357-3565
Justin.calabrese@rivkin.com

August 10, 2016

**VIA ECF TRANSMISSION**
Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Government Employees Insurance Company et al.
v. Genesis Ortho Supply Corp. et al
Docket No.: 16-cv-02292-NGG-RLM
File No.: 05100-02131**

Dear Magistrate Judge Mann:

We represent Plaintiffs Government Employees Insurance Company, et al. ("GEICO") and we write regarding the status of settlement negotiations between GEICO and the Defendants Horizon Ortho Supply Corp., Genesis Ortho Supply Corp., Gavine Rouslan, Narmina Alieva, Randall Rogg, and Valeriya Nevmatullina (the "DME Defendants").

Although the Court has directed the parties to file a Stipulation of Dismissal as to the DME Defendants by today, August 10, 2016, we write to inform the Court that settlement discussions have ceased and that settlement with the DME Defendants is not, at this time, practicable.

In light of the parties' impasse, we respectfully request that the Court (i) order the DME Defendants to answer GEICO's Complaint and (ii) schedule an Initial Conference so that GEICO can continue to litigate the matter.

Thank you for your attention to this matter.

    Very truly yours,

    RIVKIN RADLER LLP

    *Justin A. Calabrese*

    Justin A. Calabrese

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495